ACCEPTED
04-15-00820-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/28/2015 10:46:06 AM
KEITH HOTTLE
CLERK

**NO.  CV-14-0000048**

| | | |
|---|---|---|
| **IN THE ESTATE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| **STEPHEN EVERETT KOONTZ,** | § | **198TH JUDICIAL DISTRICT** |
| | § | |
| **DECEASED** | § | **BANDERA COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/28/2015 10:46:06 AM
KEITH E. HOTTLE
Clerk

### PETITIONER ROBERT F. STUART'S NOTICE OF APPEAL

This Notice of Appeal is filed by Petitioner Robert F. Stuart, Jr. who seeks to appeal all parts of the trial court's judgment dated in part on February 12, 2015 and in part on November 13, 2015. Appeal is being taken to the Fourth Court of Appeals in San Antonio.

Respectfully submitted,

/S/ *Jeff Small*

Jeff Small
State Bar No. 00793027
Law Office of Jeff Small
12451 Starcrest Dr., Suite 100
San Antonio, TX 78216 .2988
210.496.0611/f: 210.579.1399
jdslaw@satx.rr.com

Ben A. Wallis, III
WALLIS LAW, P.C.
8200 IH-10 West, Suite 101
San Antonio, TX 78230
210.525.1500/210.525.9323
baw3@wallislawsa.com

Counsel for Petitioner

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December, 2015, a true and correct copy of Petitioner Robert F. Stuart's Notice of Appeal was served on counsel of record/ interested parties pursuant to the Texas Rules of Civil Procedure:

Fred Henneke
Attorney and Counselor at Law
941 Barnett Street
Kerrville, TX 78028
830.257.9788/f: 800.886.8036
hennekefred08@gmail.com

Keith E. Hottle, Clerk
Fourth Court of Appeals
300 Dolorosa, Suite 3200
Cadena Reeves Justice Center
San Antonio, TX 78205

Attorney for Respondent Glea Hale

/S/ *Jeff Small*

Jeff Small
Ben A. Wallis, III